**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SYLVESTER B. LANE and
MARY LANE,**

    **Plaintiffs,**

**vs.**                                  **CASE NO. 3-11-cv-374/RS-CJK**

**FORT WALTON BEACH HOUSING
AUTHORITY, et al.,**

    **Defendants.**
_____/

**<u>ORDER</u>**

    Plaintiffs' Motion for Reconsideration of Order Denying Motions to Proceed in Forma Pauperis (Doc. 19) is **DENIED**.

**ORDERED** on September 7, 2011.

                                              <u>/S/ Richard Smoak</u>
                                              **RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE**