IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYLVESTER B. LANE and
MARY LANE,

    Plaintiffs,

vs.                                      CASE NO. 3-11-cv-374/RS-CJK

FORT WALTON BEACH HOUSING
AUTHORITY, et al.,

    Defendants.
_____/

## ORDER

Defendants' Motion to Strike plaintiffs' contention that Mr. Taylor never lived at 120 Merle Circle (Doc. 27) is **DENIED**.

**ORDERED** on September 16, 2011.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**