**Detailed Matter History Report**

Client: 2172 - Fort Walton Beach Housing Authority   Matter: 42707 - FWB Housing Authority v. Sylvester Lane
From 01/01/1900 to 12/01/2011.

| Disbursement Recap by Code | | Qty | Total Billed |
|---|---|---|---|
| 22 | CHARGE FOR TRANSCRIPTS | 0.00 | $278.30 |
| 78 | Travel exp. | 0.00 | $159.84 |
| | | **0.00** | **$438.14** |

MOORE, HILL & WESTMORELAND, P.A.
OPERATING ACCOUNT

To: Lisa Girod Jones, RMR, CRR

09/08/2011

116228

116228

| Invoice: 02011145 | 42707 | Transcript of Hearing for Preliminary Injunction | HBM | |
| CHARGE FOR TRANSCRIPTS | | FWB Housing Authority v. Sylvester Lane | | $278.30 |

Amount: $278.30

SAFEGUARD. LITHO USA SFB-1M CK75061111M

SFM501465-1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 770-552-0620

HSW1JP0010090  G05SF011435

| | AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA | | |
|---|---|---|---|---|

INVOICE NO: 02011145

**MAKE CHECKS PAYABLE TO:**

Mr. George R. Mead, II
Moore, Hill & Westmoreland, P. A.
220 West Garden Street, 9th Floor
Pensacola, FL 32501

Phone: (850) 434-3541

emead@mhw-law.com

42707

Lisa Girod Jones, RMR, CRR
United States Court Reporter
111 N. Adams St., Ste. 523
Tallahassee, FL 32301

Phone: (850) 513-1145

Tax ID: 26-0672496
lisagjones@embarqmail.com

[X] CRIMINAL  [ ] CIVIL   DATE ORDERED: 09-07-2011   DATE DELIVERED: 09-08-2011

**Case Style:** 3:11CV374/RS, Lane v Fort Walton Beach Housing Auth
9/6/2011 Transcript of Hearing on Motion for Preliminary Injunction before Hon. Richard Smoak

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 46 | 6.05 | 278.30 | | | | | | | 278.30 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 278.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $278.30 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                          DATE: 09-08-2011

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com.au